**DISMISS and Opinion Filed September 1, 2020**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00495-CV**

**PMR/WHM, LTD. AND JLK LAND, LTD., Appellants**

**V.**

**165 HOWE, L.P. AND MEHRDAD MOAYEDI, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03144-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Both the clerk's and reporter's records in this case are past due. By order dated June 22, 2020 we notified appellants the Court had been informed that appellants intended to dismiss their appeal. We directed appellants to file either (1) a motion to dismiss this appeal or (2) written verification appellants intend to proceed with the appeal as well as proof of payment for the clerk's record. We cautioned appellants that failure to provide the requested documentation might result in the dismissal of this appeal without further notice. To date, appellants have not

responded to the Court's order nor have they otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  See TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200495F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PMR/WHM, LTD. AND JLK
LAND, LTD., Appellants

No. 05-20-00495-CV      V.

165 HOWE, L.P. AND MEHRDAD
MOAYEDI, Appellees

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-03144-
A.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Nowell
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees 165 HOWE, L.P. AND MEHRDAD
MOAYEDI recover their costs of this appeal from appellants PMR/WHM, LTD.
AND JLK LAND, LTD..

Judgment entered September 1, 2020

–3–